## THEODORE TIEDEMANN & SONS, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 453.

Circuit Court of Appeals, Second Circuit.

June 25, 1934.

Haaren & Barrett, of New York City, for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Norman D. Keller, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Woolford Realty Co. v. Rose, 286 U. S. 319, 52 S. Ct. 568, 76 L. Ed. 1128, and Planters' Cotton Oil Co., Inc., v. Hopkins, 286 U. S. 332, 52 S. Ct. 509, 76 L. Ed. 1135; Uncasville Mfg. Co. v. Com'r, 55 F.(2d) 893 (C. C. A. 2); Helvering v. Post & Sheldon Corp., 71 F.(2d) 930 (C. C. A. 2) decided June 18, 1934.

## Frank TURNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 308.

Circuit Court of Appeals, Second Circuit.

June 11, 1934.

Jefferson Armstrong, of New York City, for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and L. W. Post, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on authority of Gould v. Gould, 245 U. S. 151, 38 S. Ct. 53, 62 L. Ed. 211.